UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1: 24-mj-246 (ZMF) |
| | : | |
| CHARLES SCHMMEL, SR., *et al.*, | : | |
| | : | |
| Defendants. | : | |

DEFENDANT LOGAN SCHIMMEL'S RESPONSE
TO UNITED STATES' MOTION FOR PROTECTIVE ORDER

Defendant Logan Schimmel, through counsel, respectfully responds as follows to the government's Motion For Protective Order.

As the government's Motion correctly notes, we do not, at this time, note an objection to the government's motion or the attached proposed Protective Order. We write separately to note our concern about one aspect of the government's proposed Protective Order, codified at Paragraph 6, entitled "Additional Rules For Handling Highly Sensitive Materials." This Paragraph prohibits us from providing copies of Highly Sensitive Materials to our client, and requires us to arrange a methodology in which one of our personnel must be with him whenever he reviews such materials. Our view is that we should wait to see what volume and kinds of materials the government designates as Highly Sensitive in this case before proceeding further concerning the Protective Order. We thought, however, that it would be appropriate to make this brief separate submission now so that the Court is aware of this concern. If a substantial volume of highly relevant material is made inaccessble to our client, except via review with one of us on a video conference while he does so, we likely will seek a modification of the Protective Order,

since our view would be that such an impediment to client review could impair his right to due process, including his right to participate meaningfully in preparation of his defense.

                Respectfully submitted,

                /s/ Barry Coburn

                Barry Coburn Bar No. 358020  
                Coburn & Greenbaum PLLC  
                1710 Rhode Island Avenue, NW  
                Second Floor  
                Washington, DC  20036  
                Telephone:  (202) 643-9472  
                Facsimile:  (866) 561-9712  
                barry@coburngreenbaum.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this response was served upon all counsel of record via the Court's ECF system, this 27th day of September, 2024.

/s/ Barry Coburn

Barry Coburn